

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00177-CV

| | | |
|---|---|---|
| Grover C. Gibson | § | From the 322nd District Court |
| | § | of Tarrant County (322-262685-98) |
| v. | | |
| | § | January 23, 2014 |
| Lehoma Joyce Gibson | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Grover C. Gibson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Anne Gardner_____
Justice Anne Gardner